**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, <br><br> v. <br><br> CARVANA LLC | C.A. No. 2:21-cv-00482-JRG-RSP <br> (Lead Case) |
| ESTECH SYSTEMS IP, LLC, <br><br> v. <br><br> EXTRA SPACE STORAGE INC., EXTRA SPACE MANAGEMENT, INC., and EXTRA SPACE PROPERTIES 107 LLC | C.A. No. 2:21-cv-00484-JRG-RSP <br> (Member Case) |
| ESTECH SYSTEMS IP, LLC, <br><br> v. <br><br> PUBLIC STORAGE | C.A. No. 2:21-cv-00483-JRG-RSP <br> (Member Case) |

## DEFENDANTS CARVANA LLC, EXTRA SPACE STORAGE INC., EXTRA SPACE MANAGEMENT INC., EXTRA SPACE PROPERTIES 107 LLC, AND PUBLIC STORAGE 'S NOTICE OF COMPLIANCE

Defendants Carvana LLC, Extra Space Storage Inc., Extra Space Management, Inc., Extra Space Properties 107 LLC, and Public Storage (collectively, "Defendants") hereby notify the Court that pursuant to the Court's Order Setting Scheduling Conference [Dkt. 23] they have served their Initial and Additional Disclosures, on counsel for Plaintiff Estech Systems IP, LLC *via* electronic mail on June 8, 2022.

Dated:  June 8, 2022

Respectfully submitted,

By:  */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020

FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Christopher Higgins (admitted pro hac vice)
ORRICK,  HERRINGTON  &  SUTCLIFFE
LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  903.534.1100
chiggins@orrick.com

Jingyuan Luo (admitted pro hac vice)
ORRICK,  HERRINGTON  &  SUTCLIFFE
LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  650.614.7400
jluo@orrick.com

***Attorneys for Defendants Carvana LLC,
Extra Space Storage Inc., Extra Space
Management, Inc., Extra Space Properties
107 LLC, and Public Storage***

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

_/s/ Eric H. Findlay_
Eric H. Findlay