IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>v.<br><br>CARVANA LLC | C.A. No. 2:21-cv-00482-JRG-RSP<br>(Lead Case) |
| ESTECH SYSTEMS IP, LLC,<br><br>v.<br><br>EXTRA SPACE STORAGE INC., EXTRA SPACE MANAGEMENT, INC., and EXTRA SPACE PROPERTIES 107 LLC | C.A. No. 2:21-cv-00484-JRG-RSP<br>(Member Case) |
| ESTECH SYSTEMS IP, LLC,<br><br>v.<br><br>PUBLIC STORAGE | C.A. No. 2:21-cv-00483-JRG-RSP<br>(Member Case) |

**DEFENDANTS CARVANA LLC, EXTRA SPACE STORAGE INC., EXTRA SPACE MANAGEMENT INC., EXTRA SPACE PROPERTIES 107 LLC, AND PUBLIC STORAGE 'S NOTICE OF COMPLIANCE**

Defendants Carvana LLC, Extra Space Storage Inc., Extra Space Management, Inc., Extra Space Properties 107 LLC, and Public Storage (collectively, "Defendants") hereby notify the Court that pursuant to the Court's Docket Control Order [Dkt. 49] they have complied with said Order and served their Patent Rule 4-1(a) Proposed Terms and Claim Elements for Construction *via* electronic mail on August 11, 2022.

Dated:  August 12, 2022            Respectfully submitted,

                                                       By:     By: */s/ Eric H. Findlay*
                                                            Eric H. Findlay
                                                           State Bar No. 00789886
                                                           Brian Craft
                                                           State Bar No. 04972020

>FINDLAY CRAFT, P.C.
>102 N. College Ave, Ste. 900
>Tyler, TX 75702
>903-534-1100 (t)
>903-534-1137 (f)
>efindlay@findlaycraft.com
>bcraft@findlaycraft.com
>
>Christopher Higgins (admitted pro hac vice)
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>Columbia Center
>1152 15th Street, N.W.
>Washington, D.C. 20005-1706
>Telephone:  903.534.1100
>chiggins@orrick.com
>
>Jingyuan Luo (admitted pro hac vice)
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025-1015
>Telephone:  650.614.7400
>jluo@orrick.com
>
>***Attorneys for Defendants Carvana LLC, Extra Space Storage Inc., Extra Space Management, Inc., Extra Space Properties 107 LLC, and Public Storage***

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

>*/s/ Eric H. Findlay*
>Eric H. Findlay