IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, <br><br>*Plaintiff,*<br><br>v.<br><br>CARVANA LLC,<br><br>*Defendant.* | § § § § § § § § § § § §   Case No. 2:21-CV-00482-JRG-RSP <br> (Lead Case) |

## ORDER

Carvana LLC previously moved to dismiss for failure to state claims of direct, pre-suit indirect, and willful infringement. **Dkt. No. 16**. Magistrate Judge Payne entered a Report and Recommendation, **Dkt. No. 76**, recommending the motion be denied. Given that no objections have been filed and based upon the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Carvana LLC's motion to dismiss, **Dkt. No. 16**, is **DENIED**.

So ORDERED and SIGNED this 7th day of November, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE