IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> CARVANA LLC, § <br> § <br> *Defendant.* § | Case No. 2:21-CV-00482-JRG-RSP <br> (Lead Case) |

## ORDER

Defendant McKesson Corporation previously moved for judgment on the pleadings pursuant to Rule 12(c) of the of the Federal Rules of Civil Procedure.  **Case No. 2:22-cv-004, Dkt. No. 12**.[1]  Magistrate Judge Payne entered a Report and Recommendation, **Dkt. No. 95**, recommending the motion be denied.  Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.  It is therefore **ORDERED** that McKesson Corporation's Motion for Judgment on the Pleadings, **Case No. 2:22-cv-004, Dkt. No. 12**, is **DENIED**.

**So ORDERED and SIGNED this 23rd day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] The motion and briefs in support and opposition were all filed prior to the Court's consolidation order. Accordingly, citation to record documents refer to those filed in Case No. 2:22-cv-004, unless otherwise specified.