IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ESTECH SYSTEMS IP, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00482-JRG-RSP (LEAD CASE) |
| CARVANA LLC, | § § § | |
| *Defendant.* | § | |

# ORDER

Before the Court is the Motion for Summary Judgment Regarding Priority and Invalidity (the "Motion") filed by Defendants Conduent, Liberty Mutual, and Public Storage. (Dkt. No. 213.)

Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 401) recommending denial of the Motion. After entry of the Report and Recommendation, Conduent and Liberty Mutual have filed motions to stay deadlines and notices of settlement. (Dkt. Nos. 405, 406.) Since no objections have been filed and because of the soundness of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED** as to remaining Defendant Public Storage. It is therefore **ORDERED** that the Motion (Dkt. No. 213) is hereby **DENIED** as to Public Storage.

So ORDERED and SIGNED this 12th day of May, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE